United States Courts
Southern District of Texas
ENTERED

SEP 2 1 2005

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHEMOIL CORPORATION, et al., | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. H-04-0378 |
| SHELL TRADING (US) COMPANY, et al., | § § § § | |
| Defendants. | § | |

## MEMORANDUM AND ORDER

Defendant Shell Trading (US) Company ("STUSCO") has filed a motion to compel Plaintiff Chemoil Corporation to produce requested discovery documents. The parties have now reached a tentative agreement as to the disputed discovery issues. Pursuant to that agreement and to the parties' joint request, therefore, Defendant's motion to compel production, Docket No. 57, is **DENIED** as moot without prejudice to refiling.

**IT IS SO ORDERED.**

SIGNED at Houston, Texas, on this the 21st day of Sept., 2005.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.